# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

January 2, 2016

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11012

Re: United States v. Yvan Tineo
08-115 (NGG)

Dear Judge Garaufis:

Please accept this letter as a request to adjourn the sentence of Yvan Tineo which is presently scheduled for January 14, 2016 for a period of 45 days.

The request is made to facilitate the review of the Pre-Sentence Report and prepare a Sentencing Memorandum on behalf of the defendant. The request is made with the consent of both the defendant and the government.

Respectfully submitted,

Alan Nelson

Application granted.
So ordered.
s/Nicholas G. Garaufis
1/4/16